# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LLENER GODINEZ-LOPEZ,<br><br>  Petitioner,<br><br>v.<br><br>SCOTT LADWIG, Acting Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and TRINITY MINTER, Warden of West Tennessee Detention Facility,<br><br>  Respondents. | No. 2:25-cv-02962-SHL-atc |

## ORDER TO SHOW CAUSE

Petitioner Llener Godinez-Lopez filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241 on October 17, 2025. (ECF No. 1.) Upon review of the petition, it is **ORDERED** as follows:

  (1) The Clerk shall forward by certified mail, return receipt requested, one copy of the petition (ECF No. 1) and this Order to each Respondent, and ensure that a copy is delivered to the United States Attorney for the Western District of Tennessee, and additionally serve the United States Attorney for the Western District of Tennessee electronically at the following email address: michael.dunavant@usdoj.gov.

  (2) Given the issues raised in the petition, the Court finds good cause under 28 U.S.C. § 2243 to set the return and schedule a hearing as set forth below. See 28 U.S.C. § 2243 ("When

the writ or order is returned a day shall be set for hearing, not more than five days after the return unless for good cause additional time is allowed.").

(3)     **By October 22, 2025, at 10:00 a.m.,** Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted.  See id.

(4)     Petitioner may file a reply **by October 23, 2025**.

(5)     The parties shall appear before this Court for a hearing on the petition **on October 24, 2025, at 11:00 a.m.,** in Courtroom 1, Odell Horton Federal Building, Memphis, Tennessee.

(6)     "Unless the application for the writ and the return present only issues of law the person to whom the writ is directed shall be required to produce at the hearing the body of the person detained."  Id.  If the Petitioner asserts that there are issues of fact necessary to be addressed in the hearing, then they shall inform the Respondents **by October 23, 2025,** and the Respondents shall produce the body of the person detained at the hearing.

(7)     Respondents shall not transfer Petitioner out of the West Tennessee Detention Center during the pendency of the petition.

**IT IS SO ORDERED,** this 20th day of October, 2025.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE