# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LLENER GODINEZ-LOPEZ,<br><br>　　　　Petitioner,<br><br>v.<br><br>SCOTT LADWIG, Acting Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and TRINITY MINTER, Warden of West Tennessee Detention Facility,<br><br>　　　　Respondents. | No. 2:25-cv-02962-SHL-atc |

## ORDER GRANTING PETITION

Petitioner Llener Godinez-Lopez filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241 on October 17, 2025.  (ECF No. 1.)

The petition is **GRANTED**.  Petitioner shall be released from custody pending a bond hearing before an immigration judge.  Another order including all of the reasoning for this decision will issue shortly.

**IT IS SO ORDERED,** this 24th day of October, 2025.

　　　　　　　　　　　　　　　　　　　s/ Sheryl H. Lipman
　　　　　　　　　　　　　　　　　　　SHERYL H. LIPMAN
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE