### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| LLENER GODINEZ-LOPEZ, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT LADWIG, Acting Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement, et al., | ) ) ) ) ) | No. 2:25-cv-02962-SHL-atc |
| Respondents. | ) ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), filed October 17, 2025,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Supplemental Order Granting Petition (ECF No. 20), filed October 31, 2025, Petitioner's requested habeas relief is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE


January 5, 2026
Date